**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-062 (2) (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| PENG THAO, | |
| Defendants. | |

_____

W Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Peng Thao, #12790-041, FCI – Englewood, 9595 West Quincy Avenue, Littleton, CO 80123, pro se defendant.

This matter came before the Court on Defendant's Motion to file a reply [Docket No. 183]. The Court has directed the Government to file their response to Defendant's Motion for Reconsideration by February 14, 2011. Once the response is received then the defendant shall be allowed to file a reply.

The Court, having considered all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. The defendant's reply is due two weeks after the Government's response is filed.

DATED: February 1, 2011
at Minneapolis, Minnesota

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge
